ordinance upon which the erection of the proposed incinerator was predicated.

In accordance with this opinion, the decree of the court below is modified to read as follows:

"It is hereby ordered, adjudged and decreed that an injunction issue restraining the City of Philadelphia, its officers and agents, and each of them, from enforcing or attempting to enforce in any manner the Ordinance approved March 13, 1953, known as Bill No. 315." As thus modified, the decree is affirmed; the parties to bear their respective costs.

Lapaglia Contractors, Inc., Appellant, *v.* Baldwin Borough.

Argued May 4, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

476

*Morris Zimmerman,* with him *Frank R. Sack,* for appellant.

*Maurice Louik,* with him *Harrison & Louik,* and *John G. Brosky,* Solicitor, Borough of Baldwin, for appellees.

OPINION PER CURIAM, June 27, 1955:
The Order appealed from is affirmed on the opinion of Judge MONTGOMERY.

Sansom House Enterprises, Inc., Appellant, *v.* Waiters & Waitresses Union, Local 301, AFL.

